IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 AUG 14 AM 8:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| EDDIE JERRY JONES, | ) |
| Plaintiff, | ) |
| vs | ) CV-01-RRA-1208-S |
| STATE OF ALABAMA, | ) |
| Defendant. | ) |

ENTERED
AUG 1 4 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 13, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on July 30, 2001. Plaintiff merely continues to argue that he is being held on a frivolous indictment and asks this court to take action. The plaintiff cannot obtain the kind of relief he seeks in a Section 1983 action. Further, the plaintiff is advised that it is only in rare circumstances that a federal court, in a proper habeas action, will intervene in an active state prosecution, as the plaintiff must pursue the remedies available to him in state court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. §1915A(b) for failing to

state a claim for which relief can be granted. An appropriate order will be entered.

DONE, this 13th day of August, 2001.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE